IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH M. YOUNG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ALICE BECK DUBOW, et al** | : | **NO. 09-5015** |

## ORDER

**AND NOW**, this 2nd day of August, 2010, upon consideration of Defendants' motions to dismiss and the responses filed in opposition, it is hereby **ORDERED** that Defendants' motions are **GRANTED**. All of Plaintiff's claims are **DISMISSED**.

                                                      **BY THE COURT:**

                                                      /s/ Mitchell S. Goldberg

                                                      _____

                                                      **Mitchell S. Goldberg, J.**